DAVID BARRON, ESQ.
Nevada Bar No. 142
**JOSEPH R. MESERVY, ESQ.**
Nevada Bar No. 14088
**BARRON & PRUITT, LLP**
3890 West Ann Road
North Las Vegas, Nevada 89031-4416
Telephone: (702) 870-3940
Facsimile:  (702) 870-3950
Email: DBarron@lvnvlaw.com
Email: JMeservy@lvnvlaw.com
*Attorneys for Defendants The Hughes Center and Able Building Maintenance*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DARHYL KERR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BRE/HC LAS VEGAS PROPERTY HOLDINGS, LLC d/b/a EQUITY OFFICE PROPERTIES d/b/a THE HC d/b/a THE HUGHES CENTER, a Delaware Limited Liability Company; CROWN BUILDING MAINTENANCE CO. d/b/a ABLE BUILDING MAINTENANCE; a Foreign Corporation; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | Case No.: 2:20-cv-00317-RFB-BNW<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the respective parties herein that the above lawsuit by Plaintiff, DARHYL KERR, in its entirety including all claims against Defendants BRE/HC LAS VEGAS PROPERTY HOLDINGS, LLC d/b/a EQUITY OFFICE PROPERTIES d/b/a THE HC d/b/a THE HUGHES CENTER, and CROWN BUILDING MAINTENANCE CO. d/b/a ABLE BUILDING MAINTENANCE, shall be dismissed, with prejudice with each of the parties to bear their own attorney's fees and costs.

///

///

///

1

*Kerr v. BRE/HC Las Vegas Property Holdings, LLC, et al*
Case No. 2:20-cv-00317-RFB-BNW
Stipulation and Order for Dismissal with Prejudice

DATED this ___ day of March, 2021

BARRON & PRUITT, LLP

_____
David Barron, Esq.
Nevada Bar No. 142
Joseph R. Meservy, Esq.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, NV 89031
*Attorneys for Defendants Crown Building Maintenance Co. and BRE/HC Las Vegas Property Holdings, LLC*

DATED this 18th day of March, 2021

JENNINGS & FULTON, LTD.

/s/ Adam R. Fulton
_____
Jared B. Jennings, ESQ.
Nevada Bar No. 7762
Adam R. Fulton, Esq.
Nevada Bar No. 11572
Logan G. Willson, Esq.
Nevada Bar No. 14967
2580 Sorrel Street
Las Vegas, Nevada 89146
*Attorney for Plaintiff*

*Kerr v. BRE/HC Las Vegas Property Holdings, LLC, et al*
Case No. 2:20-cv-00317-RFB-BNW
Stipulation and Order for Dismissal with Prejudice

### ORDER

Based upon the stipulation of counsel and good cause appearing;

IT IS HEREBY ORDERED, ADJUDED AND DECREED that the above lawsuit by Plaintiff, DARHYL KERR, in its entirety including all claims against Defendants BRE/HC LAS VEGAS PROPERTY HOLDINGS, LLC d/b/a EQUITY OFFICE PROPERTIES d/b/a THE HC d/b/a THE HUGHES CENTER, and CROWN BUILDING MAINTENANCE CO. d/b/a ABLE BUILDING MAINTENANCE, is hereby dismissed, with prejudice;

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that each of the parties shall bear their own attorney's fees and costs incurred herein.

Dated this 22nd of March, 2021.



RICHARD E. BOULWARE, II
**United States District Court**

*Kerr v. BRE/HC Las Vegas Property Holdings, LLC, et al*
Case No. 2:20-cv-00317-RFB-BNW
Stipulation and Order for Dismissal with Prejudice

Respectfully Submitted by:
BARRON & PRUITT, LLP

_____
DAVID BARRON, ESQ.
Nevada Bar No. 0142
JOSEPH R. MESERVY, ESQ.
Nevada Bar No. 14088
3890 West Ann Road
North Las Vegas, Nevada 89031
*Attorneys for Defendant*

**Deborah Sagert**

| | |
|---|---|
| **From:** | Adam Fulton <afulton@jfnvlaw.com> |
| **Sent:** | Thursday, March 18, 2021 11:12 AM |
| **To:** | Joseph R. Meservy; Logan Willson |
| **Cc:** | Deborah Sagert; Norma Richter |
| **Subject:** | RE: Able Building Maintenance et al adv. Kerr | SAO to Dismiss with Prejudice |

That's fine. .

Adam R. Fulton, Esq.
Jennings & Fulton, LTD.
2580 Sorrel St., Las Vegas, NV 89146
Phone:  (702) 979-3565
Fax:      (702) 362-2060
www.jenningsfulton.com

This e-mail contains proprietary information of Jennings & Fulton, LTD. All information contained is confidential, including any e-mails preceding and/or following this statement. Any use, distribution, copying, or disclosure by persons other than the intended recipient is strictly prohibited. If you are not the intended recipient, please destroy this e-mail and notify the sender immediately.


**From:** Joseph R. Meservy <jmeservy@lvnvlaw.com>
**Sent:** Thursday, March 18, 2021 11:11 AM
**To:** Logan Willson <logan@jfnvlaw.com>
**Cc:** Deborah Sagert <dsagert@lvnvlaw.com>; Adam Fulton <afulton@jfnvlaw.com>; Norma Richter <nrichter@jfnvlaw.com>
**Subject:** RE: Able Building Maintenance et al adv. Kerr | SAO to Dismiss with Prejudice

Is Adam alright with that?  Could I just e-sign for you?

Thanks,
Joseph R. Meservy, Esq.

**Barron & Pruitt, LLP**
L A W Y E R S

This transmission and any attached files are privileged, confidential or otherwise the exclusive property of the intended recipient or the law firm of Barron & Pruitt, LLP.  If you are not the intended recipient, any disclosure, copying, distribution or use of any of the information contained in or attached to this transmission is strictly prohibited.  If you have received this transmission in error, please contact us immediately by e-mail by hitting reply or telephone (702) 870-3940 and promptly destroy the original transmission and its attachments.

**From:** Logan Willson [mailto:logan@jfnvlaw.com]
**Sent:** Thursday, March 18, 2021 11:09 AM
**To:** Joseph R. Meservy <jmeservy@lvnvlaw.com>
**Cc:** Deborah Sagert <dsagert@lvnvlaw.com>; Adam Fulton <afulton@jfnvlaw.com>; Norma Richter <nrichter@jfnvlaw.com>
**Subject:** RE: Able Building Maintenance et al adv. Kerr | SAO to Dismiss with Prejudice

Joe,